# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| DIANNE C. MORRIS, | ) | C/A No.: 2:09-1267 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| METALS USA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon plaintiff Dianne C. Moss's Motion to Compel defendant Metals USA. to answers to discovery requests. The motion was filed on April 21, 2010.

**IT IS THEREFORE ORDERED,** that the Motion to Compel is **GRANTED**. Defendant shall produce these documents by noon on Wednesday, May 5, 2010.

**IT IS FURTHER ORDERED** that the Motion for Sanctions is **DENIED**.

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

Charleston, South Carolina
April 28, 2010